UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYCE ADAM HAVILAND,

                Petitioner,                Case Number: 2:18-CV-11153
                                                          HON. VICTORIA A. ROBERTS

v.

SHANE JACKSON,

                Respondent.
                                          /

## ORDER DISMISSING PETITION FOR WRIT
## OF HABEAS CORPUS WITHOUT PREJUDICE

This is a habeas case under 28 U.S.C. § 2254. Petitioner Bryce Adam Haviland is a state inmate incarcerated at the Carson City Correctional Facility in Carson City, Michigan. He filed a *pro se* habeas corpus petition claiming that he is incarcerated in violation of his constitutional rights. The Court issued an Order to Correct Deficiency because Petitioner failed to submit two copies of his petition as required by Rule 3(a), Rules Governing Section 2254 Cases. The Court required Petitioner to correct the deficiency within twenty-one days and cautioned that failure to do so could result in dismissal of the petition. Petitioner has not corrected the deficiency and the time for doing so has expired. The Court will dismiss the petition. This dismissal is without prejudice to Petitioner's right to file another petition in accordance with the applicable Federal and local rules.

Accordingly, the petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                            S/Victoria A. Roberts
                                            HON. VICTORIA A. ROBERTS
                                            UNITED STATES DISTRICT JUDGE

DATED: July 2, 2018